FILED



11:30 am, 9/7/23

Margaret Botkins
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

---

DEBRA R. HINKEL, as the duly appointed Wrongful Death Representative for the Estate of Robert Michael Ramirez, deceased; and as the duly appointed Administrator of the Probate Estate of Robert Michael Ramirez, deceased;

Plaintiff,

vs.

DEREK R. COLLING, individually; DAVID O'MALLEY, individually and in his official capacity as the Sheriff of Albany County, Wyoming; ALBANY COUNTY BOARD OF COMMISSIONERS, a Wyoming body corporate and politic; and ALBANY COUNTY JOHN DOES I-X, real names unknown, in their individual and official capacities;

Defendants.

Case No. 20-CV-166-NDF

---

ORDER ON MOTION TO DETERMINE THE LEGAL RIGHTS AND OBLIGATIONS OF THE PARTIES IN REFERENCE TO A PUBLIC RECORDS REQUEST CONCERNING THE CONFIDENTIAL GLOBAL SETTLEMENT AGREEMENT

---

This matter comes before the Court on Defendants' motion to determine the legal rights and obligations of parties regarding a public records request concerning a confidential global settlement agreement. ECF No. 211. Having reviewed the motion and

considered the argument, the Court finds there is no underlying legal basis and concludes Defendants' motion should be denied.

Movant has not provided any law, rule or authority which would permit the filing of such a motion in a closed case. The parties' agreement in the terms of a confidential agreement, to which the Court is not a party, does not confer jurisdiction upon the Court to address the relief requested. Therefore, Defendants' Motion to Determine the Legal Rights and Obligations of the Parties in Reference to a Public Records Request Concerning the Confidential Global Settlement Agreement (ECF No. 211) is hereby DISMISSED WITHOUT PREJUDICE.

Dated this 7th day of September, 2023.

Nancy D. Freudenthal

NANCY D. FREUDENTHAL
UNITED STATES SENIOR DISTRICT JUDGE